CINDY LEE STOCK                                         E-FILED FEBRUARY , 2010
Nevada Bar No. 803
915 East Bonneville Avenue
Las Vegas, Nevada 89101
(702)382-1399 Phone
(702)382-0925 Fax
bk-clstock@cox.net E-Mail

In Association With:
MALCOLM ♦CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612

Attorneys for JP MORGAN CHASE BANK, NATIONAL ASSOC.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Chapter 13 |
| CARL A. BASSETT, | ) CASE NO: S-09-28379-MKN |
| | ) |
| | ) Hearing Date:  March 10, 2010 |
| Debtor. | ) Hearing Time:  1:30 p.m. |
| | ) |
| | ) Location:   Foley Federal Building |
| | )                  Courtroom No. 2 |

**STIPULATION GRANTING**
**SECURED CREDITOR ADEQUATE PROTECTION**

This Stipulation is entered into by and between JP MORGAN CHASE BANK, NATIONAL ASSOC., ("Creditor") and the above-referenced Debtor ("Debtor"), by and through their undersigned attorneys and the Chapter 13 Trustee, Rick A Yarnall.

The property which is the subject of this matter is commonly known as 8916 Loggers Mill Avenue, Las Vegas, NV 89143 (the "Property").

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Debtor shall make regular monthly payments to Creditor pursuant to the terms of the subject Note (the "Note"), commencing April 1, 2010 and continuing until all outstanding amounts under the Note are paid in full.

2. In addition to regular monthly payments, Debtor shall tender six (6) payments to Creditor in the sum of $1,956.45 each, commencing March 20, 2010 and continuing through and including August 20, 2010 until all post-petition arrears due and owing under the Note in the current sum of $ 11,738.68 are paid in full, which arrears consist of six (6) payments of $1,812.28 each, and attorney's fees and costs of $865.00.

3. Debtor shall comply with the terms and conditions of his Chapter 13 Plan with respect to the payments to the Chapter 13 Trustee.

4. For so long as the automatic stay applies to the subject property, if Debtor defaults on any provision contained in paragraphs 1, 2, and/or 3, inclusive of this Order, Creditor shall provide written notice to Debtor at 8916 Loggers Mill Avenue, Las Vegas, Nevada 89143 and to Thomas Crowe, 7381 W. Charleston Blvd. #110, Las Vegas, Nevada 89117, Debtor's attorney of record, indicating the nature of the default. If Debtor fails to cure the default after the passage of fifteen (15) calendar days from the date written notice is placed in the mail, then Creditor may file an *ex parte* Declaration of Non-Cure and an Order terminating automatic stay, the automatic stay shall be immediately terminated as to Creditor and Creditor may proceed to foreclose its security interest in the Property under the terms of the Note and Mortgage and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Property without further order or proceeding of this Court.

5. In the event that Creditor is granted Relief from the Automatic Stay, the parties hereby stipulate that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

* * * * *
* * * * *
* * * * *
* * * * *

Case 09-28379-mkn    Doc 110    Entered 04/03/10 16:41:24    Page 3 of 3

From: +7023820925    Page: 4/7    Date: 3/28/2010 1:15:37 PM
MAR-28-10  01:00PM  FROM-Law Offices of Cindy Lee Stock  7023820925  T-088  P.004/007  F-044

1  6. In the event that the Debtor defaults under this Stipulation and Creditor forwards a
2  15-day letter to Debtor, he shall be required to tender $100.00 for each default letter submitted in
3  order to cure the default.

4
5
6
7  /s/ *Cindy Lee Stock*
   CINDY LEE STOCK
8  Nevada Bar No. 803
   915 East Bonneville Avenue
9  Las Vegas, Nevada  89101
   Attorney for
10 JP MORGAN CHASE BANK,
   NATIONAL ASSOC.
11

   THOMAS CROWE
   Nevada Bar No. 3048
   7381 W. Charleston Blvd. #110
   Las Vegas, Nevada  89117
   Attorney for Debtor

12
13  _____ 3-29-10
    RICK YARNALL
14  701 S. Bridger Avenue, #820
    Las Vegas, Nevada  89101
15  Chapter 13 Trustee

16
17
18                                    ###
19
20
21
22
23
24
25
26
27
28