Entered on Docket
April 06, 2010

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

Jeremy T. Bergstrom, Esq.
Nevada Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
E-mail: jbergstrom@mileslegal.com
File No. 09-95565

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CARL A. BASSETT DBA EBB ENTERPRISES, INC DBA APEX APPRAISAL,<br>Debtor | Case No.: BK-S-09-28379-MKN<br>Chapter 11 |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br>Secured Creditor,<br><br>vs<br><br>CARL A. BASSETT DBA EBB ENTERPRISES, INC DBA APEX APPRAISAL, Debtor, U.S. TRUSTEE-LV-11, Trustee,<br>Respondents | **STIPULATED ORDER RE MOTION TO VALUE OF NON-PRINCIPAL RESIDENCE REAL PROPERTY AND TERMINATION OF AUTOMATIC STAY UPON DEFAULT**<br><br>Date: March 3, 2010<br>Time: 9:30 A.M. |

IT IS HEREBY STIPULATED BY AND BETWEEN Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, through

1  its counsel, JEREMY T. BERGSTROM, Esq., of the law firm of Miles, Bauer, Bergstrom &
2  Winters, LLP, attorneys of record for Secured Creditor, and Debtor, CARL A. BASSET, through
3  its counsel, THOMAS E. CROWE, and the Chapter 11 Trustee, U.S. TRUSTEE-LV-11, as
4  follows:

5   1. That the value of the subject Property described as follows: **1777 Baja Lane,**
6  **Henderson, NV 89012** ("Property" herein) and legally described as follows:

7   LOT 86 OF CONCORDIA @ ARROYO GRANDE - UNIT 2, AS SHOWN BY
   MAP THEREOF ON FILE IN BOOK 121 OF PLATS, PAGE 99, IN THE
8   OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

9  shall be adjudicated to be $*260,000.00* for the purposes of bifurcating the claim of
10  Secured Creditor, BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE
11  HOME LOANS SERVICING, L.P.

12   2. That the Debtors will be responsible for maintaining and paying taxes and insurance
13  on the subject Property.

14   3. Should the Debtors default on their tax or insurance obligation and fail to repay
15  Secured Creditor for any funds disbursed to cover their default or fail to remain current with the
16  Trustee, Secured Creditor shall send 10-days' written notice of default to Debtors and Debtors'
17  counsel and, should the Debtors fail to cure their delinquency pursuant to said written notice,
18  Secured Creditor shall submit an Ex Parte Order Terminating the Automatic Stay. Upon entry of
19  the Ex Parte Order, the Automatic Stay shall be immediately terminated and extinguished for all
20  purposes as to Secured Creditor, BAC HOME LOANS SERVICING, L.P. FKA
21  COUNTRYWIDE HOME LOANS SERVICING, LP, its assignees and/or successors in interest.

22   4. Debtors shall timely file a Chapter 11 Plan that reflects interest to be paid on the cram
23  down value identified herein, and an amortization schedule, within 10 days of the entry of this
24  Order.

1 | SO STIPULATED

2 | Submitted by:

3

4 | DATED: March 4, 2010          By: /s/ Jeremy T. Bergstrom, Esq.
   |                              Jeremy T. Bergstrom, Esq.
   |                              Attorney for Secured Creditor
5 |                              BAC HOME LOANS SERVICING, LP FKA
   |                              COUNTRYWIDE HOME LOANS SERVICING,
6 |                              LP

7 | APPROVED/DISAPPROVED

8 | DATED:_____         _____M E Crowe_____
9 |                              THOMAS E. CROWE
   |                              Attorney for Debtor
10

11 | APPROVED/DISAPPROVED

12 | DATED:_____
13 |                              _____
   |                              U.S. TRUSTEE-LV-11
   |                              Chapter 11 Trustee
14 | (09-95565/nvapo.dot/mld)

3

## ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, the undersigned certifies:

\_\_\_\_ The court waived the requirements of approval under LR 9021.

__X__ This is a chapter 7 or 13 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

|  | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| **CHAPTER 11 TRUSTEE:**<br>U.S. Trustee-LV-11<br>300 Las Vegas Blvd. S. Ste. 4300<br>Las Vegas, NV 89101 |  |  | X |
| **ATTORNEY FOR DEBTOR:**<br>Thomas E. Crowe<br>7381 W. Charleston Blvd., #110<br>Las Vegas, NV 89117 | X |  |  |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

_/s/ Michael L. Dobbs, Jr._
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

### ###

4