Entered on Docket
**April 08, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

CINDY LEE STOCK
Nevada Bar No. 803
915 East Bonneville Avenue
Las Vegas, Nevada 89101
(702)382-1399 Phone
(702)382-0925 Fax
bk-clstock@cox.net E-Mail

In Association With:
MALCOLM ♦CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612

Attorneys for JP MORGAN CHASE BANK, NATIONAL ASSOC.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 13 |
| CARL A. BASSETT, | CASE NO: S-09-28379-MKN |
| | Hearing Date:   March 10, 2010 |
| Debtor. | Hearing Time:   1:30 p.m. |
| | Location:      Foley Federal Building |
| | Courtroom No. 2 |

**ORDER GRANTING**
**SECURED CREDITOR ADEQUATE PROTECTION**

Pursuant to the Stipulation of the parties regarding the property commonly known as 8916 Loggers Mill Avenue, Las Vegas, NV 89143 (the "Property") and good cause appearing:

IT IS HEREBY ORDERED

1.      Debtor shall make regular monthly payments to Creditor pursuant to the terms of the subject Note (the "Note"), commencing April 1, 2010 and continuing until all outstanding amounts under the Note are paid in full.

1    2.    In addition to regular monthly payments, Debtor shall tender six (6) payments to

2   Creditor in the sum of $1,956.45 each, commencing March 20, 2010  and continuing through and

3   including August 20, 2010 until all post-petition arrears due and owing under the Note in the current

4   sum of $ 11,738.68 are paid in full, which arrears consist of six (6) payments of $1,812.28 each, and

5   attorney's fees and costs of $865.00.

6    3.    Debtor shall comply with the terms and conditions of his Chapter 13 Plan with respect

7   to the payments to the Chapter 13 Trustee.

8    4.    For so long as the automatic stay applies to the subject property, if Debtor defaults

9   on any provision contained in paragraphs 1, 2, and/or 3, inclusive of this Order, Creditor shall

10  provide written notice to Debtor at 8916 Loggers Mill Avenue, Las Vegas, Nevada  89143 and to

11  Thomas Crowe, 7381 W. Charleston Blvd. #110, Las Vegas, Nevada 89117, Debtor's attorney of

12  record, indicating the nature of the default.  If Debtor fails to cure the default after the passage of

13  fifteen (15) calendar days from the date written notice is placed in the mail, then Creditor may file

14  an *ex parte* Declaration of Non-Cure and an Order terminating automatic stay, the automatic stay

15  shall be immediately terminated as to Creditor and Creditor may proceed to foreclose its security

16  interest in the Property under the terms of the Note and Mortgage and pursuant to applicable state

17  law and thereafter commence any action necessary to obtain complete possession of the Property

18  without further order or proceeding of this Court.

19   5.    In the event that Creditor is granted Relief from the Automatic Stay, the parties

20  hereby stipulate that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

21  * * * * *

22  * * * * *

23  * * * * *

24  * * * * *

25  * * * * *

26  * * * * *

27  * * * * *

28  * * * * *

6.    In the event that the Debtor defaults under this Stipulation and Creditor forwards a 15-day letter to Debtor, he shall be required to tender $100.00 for each default letter submitted in order to cure the default.

SUBMITTED:

s/ *Cindy Lee Stock*
CINDY LEE STOCK
Nevada Bar No. 803
915 East Bonneville Avenue
Las Vegas, Nevada   89101
Attorney for
JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION

APPROVED BY:

THMOAS CROWE
Nevada Bar No. 3048
7381 West Charleston Blvd., #110
Las Vegas, Nevada   89117
Attorneys for Debtors

APPROVED BY:

3-29-10

RICK A. YARNALL
701 Bridger Avenue, #820
Las Vegas, Nevada   89101
Chapter 13 Trustee

# # #

3