1  CINDY LEE STOCK  E-FILED MAY 8, 2010
   Nevada Bar No. 803
2  915 East Bonneville Avenue
   Las Vegas, Nevada  89101
3  (702) 382-1399 Phone
   (702) 382-0925 Fax
4  bk-clstock@cox.net E-mail

5  In Association With:
   MALCOLM ♦CISNEROS, A Law Corporation
6  2112 Business Center Drive
   Second Floor
7  Irvine, California  92612

8  Attorneys for JP MORGAN CHASE BANK, NATIONAL ASSOC.

9  UNITED STATES BANKRUPTCY COURT

10  DISTRICT OF NEVADA

11  In re:                              ) Chapter 13
                                        )
12  CARL A. BASSETT,                    ) CASE NO. S-09-28379-MKN
                                        )
13                                      ) Hearing Date:  January 13, 2010
                                        ) Hearing Time: 1:30 p.m.
14                                      )
              Debtor.                   ) Location:   Foley Federal Building
15  _____ )             Courtroom No. 2

16
                **NOTICE OF ENTRY OF ORDER GRANTING
17              SECURED CREDITOR ADEQUATE PROTECTION**

18  TO:    ALL INTERESTED PARTIES; and

19  TO:    THEIR COUNSEL OF RECORD.

20         YOU, AND EACH OF YOU WILL PLEASE TAKE NOTICE that a Stipulation and Order

21  Granting Secured Creditor Adequate Protection was entered in the above-entitled action on the

22  8th day of April, 2010, a copy of which is attached hereto.

23         DATED this 8th day of May, 2010.

24
                                            /s/ *Cindy Lee Stock*
25                                          CINDY LEE STOCK
                                            Nevada Bar No. 803
26                                          915 East Bonneville Avenue
                                            Las Vegas, Nevada  89101
27                                          Attorney for JP Morgan Chase Bank, NA

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of May, 2010, I served a true and correct copy of the foregoing NOTICE OF ENTRY OF ORDER by depositing a copy in the United States Mail at Las Vegas, Nevada, first-class postage fully prepaid, addressed to:

CARL A. BASSETT
1777 Baja Lane
Henderson, NV 89012

NEVADA ASSOC. SERVICES INC.
Attention: Authorized Agent or Officer
6224 W. Desert Inn Road, Suite A
Las Vegas, NV 89146

The following persons were served by electronic transmission:

THOMAS E. CROWE
7381 W. Charleston Blvd., #110
Las Vegas, NV 89117
tcrowelaw@yahoo.com

RICK A. YARNALL
701 Bridger Ave., # 820
Las Vegas, NV 89101
ecfmail@LasVegas13.com

BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP
c/o Jeremy T. Bergstrom
2200 Paseo Verde Pkwy, Suite 250
Henderson, NV 89052
mbergstrom@mileslegal.com

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S. E. Second Avenue
Ingraham Building, Suite 1120
Miami, FL 33131-1605
CLAIMS@RECOVERYCORP.COM

SYSTEMS & SERVICES TECHNOLOGIES, INC.
c/o Michael W. Chen
820 S. Valley View Blvd.
Las Vegas, NV 89107
michael@ccfirm.com

*****

*****

| | |
|---|---|
| 1 | US TRUSTEE OFFICE |
| 2 | 300 Las Vegas Blvd., South #4300<br>Las Vegas, Nevada 89101<br>USTPREGION17.LV.ECF@usdoj.gov |
| 3 | |

/s/ *Marcia Thomas*
An Employee of CINDY LEE STOCK

**Entered on Docket
April 08, 2010**

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

CINDY LEE STOCK
Nevada Bar No. 803
915 East Bonneville Avenue
Las Vegas, Nevada 89101
(702)382-1399 Phone
(702)382-0925 Fax
bk-clstock@cox.net E-Mail

In Association With:
MALCOLM ♦CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612

Attorneys for JP MORGAN CHASE BANK, NATIONAL ASSOC.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CARL A. BASSETT,<br><br>Debtor. | Chapter 13<br><br>CASE NO: S-09-28379-MKN<br><br>Hearing Date: March 10, 2010<br>Hearing Time: 1:30 p.m.<br><br>Location: Foley Federal Building<br>Courtroom No. 2 |

### ORDER GRANTING
### SECURED CREDITOR ADEQUATE PROTECTION

Pursuant to the Stipulation of the parties regarding the property commonly known as 8916 Loggers Mill Avenue, Las Vegas, NV 89143 (the "Property") and good cause appearing:

IT IS HEREBY ORDERED

1.  Debtor shall make regular monthly payments to Creditor pursuant to the terms of the subject Note (the "Note"), commencing April 1, 2010 and continuing until all outstanding amounts under the Note are paid in full.

2. In addition to regular monthly payments, Debtor shall tender six (6) payments to Creditor in the sum of $1,956.45 each, commencing March 20, 2010 and continuing through and including August 20, 2010 until all post-petition arrears due and owing under the Note in the current sum of $11,738.68 are paid in full, which arrears consist of six (6) payments of $1,812.28 each, and attorney's fees and costs of $865.00.

3. Debtor shall comply with the terms and conditions of his Chapter 13 Plan with respect to the payments to the Chapter 13 Trustee.

4. For so long as the automatic stay applies to the subject property, if Debtor defaults on any provision contained in paragraphs 1, 2, and/or 3, inclusive of this Order, Creditor shall provide written notice to Debtor at 8916 Loggers Mill Avenue, Las Vegas, Nevada 89143 and to Thomas Crowe, 7381 W. Charleston Blvd. #110, Las Vegas, Nevada 89117, Debtor's attorney of record, indicating the nature of the default. If Debtor fails to cure the default after the passage of fifteen (15) calendar days from the date written notice is placed in the mail, then Creditor may file an *ex parte* Declaration of Non-Cure and an Order terminating automatic stay, the automatic stay shall be immediately terminated as to Creditor and Creditor may proceed to foreclose its security interest in the Property under the terms of the Note and Mortgage and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Property without further order or proceeding of this Court.

5. In the event that Creditor is granted Relief from the Automatic Stay, the parties hereby stipulate that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

\* \* \* \* \*
\* \* \* \* \*
\* \* \* \* \*
\* \* \* \* \*
\* \* \* \* \*
\* \* \* \* \*
\* \* \* \* \*
\* \* \* \* \*

6. In the event that the Debtor defaults under this Stipulation and Creditor forwards a 15-day letter to Debtor, he shall be required to tender $100.00 for each default letter submitted in order to cure the default.

SUBMITTED:

/s/ Cindy Lee Stock
CINDY LEE STOCK
Nevada Bar No. 803
915 East Bonneville Avenue
Las Vegas, Nevada 89101
Attorney for
JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION

APPROVED BY:

THMOAS CROWE
Nevada Bar No. 3048
7381 West Charleston Blvd., #110
Las Vegas, Nevada 89117
Attorneys for Debtors

APPROVED BY:

3-29-10
RICK A. YARNALL
701 Bridger Avenue, #820
Las Vegas, Nevada 89101
Chapter 13 Trustee

# # #

3