E FILED ON 9/10/10
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
tcrowelaw@yahoo.com
2830 S. Jones Blvd., Suite 3
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtor-in-possession
Nevada State Bar no. 3048

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CARL BASSETT,<br><br>Debtor. | BANKRUPTCY NUMBER:<br>BK-S-09-28379-MKN<br>Chapter 11<br><br>Date: 9/15/10<br>Time: 3:00 p.m. |

DEBTOR'S DECLARATION IN SUPPORT OF CONFIRMATION

COMES NOW, Debtor, Carl Bassett, and makes the following declaration in support of confirmation:

1. To the best of Declarant's knowledge and belief, I have complied with all applicable provisions of the Code and my Plan is in conformance with the same.
2. I have proposed the Plan in good faith in an effort to avoid destructive foreclosures of all properties.
3. I believe I have properly valued all properties subject to adjustments accounting for varying appraisals. See Exhibit 1, attached hereto.
4. Since the filing I have commenced payments and made at least six monthly payments on all properties, to secured creditors, for principal and interest as determined by appraisals they asked to be conducted on each property.

5. I have filed all monthly operating reports.

6. I have no affiliates and have not retained any insiders who have not previously been disclosed to the Court.

7. I have paid all required filing and United States Trustee's fees.

8. I am not subject to any retirement plan obligations.

9. I am not obligated under any Domestic Support obligation.

10. Based upon the schedules I and J and Form B22, I have filed with the Court, I believe my Plan pays unsecured creditors an amount which is in line with my projected disposable income over the next five years. I hope to be able to fund the Plan from future income from my appraisal business.

11. My Plan does not contemplate any transfers of property and no transfers have been made or promised, other than as necessary as stated in paragraph 10.

12. I believe my Plan is feasible based upon my payment history and the facts that, real estate activity has increased and all of my properties in the Chapter 11 can cash flow. There is at present a significant increase in business, which is expected to continue, providing sufficient funds to cover normal living expenses and a Plan payment for unsecured creditors. Rents generated by my properties are sufficient to cover payments to secured creditors as proposed in the Plan. All

/ / /

/ / /

/ / /

/ / /

/ / /

properties are currently rented.

DATED this 10th day of September, 2010.

/s/ CARL BASSETT
CARL BASSETT, Debtor

SUBSCRIBED and SWORN to before me this 10th day of September, 2010.

/s/ PAMELA POULSEN
NOTARY PUBLIC in and for said County and State.

# EXHIBIT 1



Page #2

# APPRAISAL OF REAL PROPERTY

## LOCATED AT:

2300 E. SILVERADO RANCH BLVD #1031
LATIGO PLAT BOOK 122 PAGE 41 UNIT 1031 BLDG 12
LAS VEGAS, NV 89183

## FOR:

CARL BASSETT
1777 BAJA LANE
HENDERSON, NV 89012

## AS OF:

10/13/2009

## BY:

JAMES HANSEN

Form GA1_LTR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## SUMMARY OF SALIENT FEATURES

| | |
|---|---|
| Subject Address | 2300 E. SILVERADO RANCH BLVD #1031 |
| Legal Description | LATIGO PLAT BOOK 122 PAGE 41 UNIT 1031 BLDG 12 |
| City | LAS VEGAS |
| County | CLARK |
| State | NV |
| Zip Code | 89183 |
| Census Tract | 0061.01 |
| Map Reference | METRO MAP |
| Sale Price | $ |
| Date of Sale | |
| Borrower/Client | CARL BASSETT |
| Lender | CARL BASSETT |
| Size (Square Feet) | 706 |
| Price per Square Foot | $ |
| Location | AVERAGE |
| Age | 12 YEARS |
| Condition | AVERAGE |
| Total Rooms | 3 |
| Bedrooms | 1 |
| Baths | 1 |
| Appraiser | JAMES HANSEN |
| Date of Appraised Value | 10/13/2009 |
| Final Estimate of Value | $ 33,500 |

Allegiant Appraisal Services

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.:

**SUBJECT**

Property Address: 2300 E. SILVERADO RANCH BLVD #1031 | City: LAS VEGAS | State: NV | Zip Code: 89183

County: CLARK | Legal Description: LATIGO PLAT BOOK 122 PAGE 41 UNIT 1031 BLDG 12

Assessor's Parcel #: 177-23-317-151

Tax Year: 2009 | R.E. Taxes $ 1,239.16 | Special Assessments $ 0.00 | Borrower (if applicable): CARL BASSETT

Current Owner of Record: CARL BASSETT | Occupant: [ ] Owner [X] Tenant [ ] Vacant | [ ] Manufactured Housing

Project Type: [X] PUD [X] Condominium [ ] Cooperative [ ] Other (describe) | HOA $ 148 [ ] per year [X] per month

Market Area Name: LATIGO | Map Reference: METRO MAP | Census Tract: 0061.01

**ASSIGNMENT**

The purpose of this appraisal is to develop an opinion of: [X] Market Value (as defined), or [ ] other type of value (describe)

This report reflects the following value (if not Current, see comments): [X] Current (the Inspection Date is the Effective Date) [ ] Retrospective [ ] Prospective

Approaches developed for this appraisal: [X] Sales Comparison Approach [ ] Cost Approach [ ] Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: [X] Fee Simple [ ] Leasehold [ ] Leased Fee [ ] Other (describe)

Intended Use: MEASURE OF VALUE

Intended User(s) (by name or type): CARL BASSETT

Client: CARL BASSETT | Address: 1777 BAJA LANE, HENDERSON, NV 89012

Appraiser: JAMES HANSEN | Address: 888 SO. RAINBOW BLVD #618 LAS VEGAS, NV 89145

**MARKET AREA DESCRIPTION**

| Location | [ ] Urban | [X] Suburban | [ ] Rural | Predominant Occupancy | One-Unit Housing PRICE $(000) | AGE (yrs) | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|---|---|
| Built up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | | | | One-Unit | 80 % | [X] Not Likely |
| Growth rate | [ ] Rapid | [ ] Stable | [X] Slow | [X] Owner 80 | 28 Low | 0 | 2-4 Unit | 5 % | [ ] Likely * [ ] In Process * |
| Property values | [ ] Increasing | [ ] Stable | [X] Declining | [X] Tenant 15 | 103 High | 25 | Multi-Unit | 5 % | * To: |
| Demand/supply | [ ] Shortage | [X] In Balance | [ ] Over Supply | [ ] Vacant (0-5%) | 61 Pred | 10-20 | Comm'l | 5 % | |
| Marketing time | [X] Under 3 Mos. | [ ] 3-6 Mos. | [ ] Over 6 Mos. | [X] Vacant (>5%) | | | | 5 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): THE SUBJECT IS BOUNDED TO THE NORTH BY E. SERENE AVE., TO THE SOUTH BY W. LAKE MEAD DRIVE, TO THE EAST BY S. EASTERN AVE., AND TO THE WEST BY SPENCER STREET. NEIGHBORHOOD VALUES HAVE BEEN DECLINING DUE TO HIGH FORECLOSURE ACTIVITY. IN THE SUBJECT'S MARKET AREA THERE ARE CURRENTLY 280 CONDOS FOR SALE, 188 IN CONTRACT AND 160 ARE LISTED AS VACANT.

**SITE DESCRIPTION**

Dimensions: SEE PLAT MAP | Site Area: 0.01 ACRES

Zoning Classification: R-3 (R-3) | Description: Multiple-Family Residential (18 Units per Acre)

Zoning Compliance: [X] Legal [ ] Legal nonconforming (grandfathered) [ ] Illegal [ ] No zoning

Are CC&Rs applicable? [ ] Yes [ ] No [X] Unknown | Have the documents been reviewed? [ ] Yes [ ] No | Ground Rent (if applicable) $ N/A

Highest & Best Use as improved: [X] Present use, or [ ] Other use (explain)

Actual Use as of Effective Date: MEASURE OF VALUE | Use as appraised in this report: MEASURE OF VALUE

Summary of Highest & Best Use: ITS CURRENT USE IS ITS HIGHEST AND BEST USE.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | LEVEL |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | | Street | ASPHALT | [X] | [ ] | Size | 0.01 ACRES |
| Gas | [X] | [ ] | | Curb/Gutter | CONCRETE | [X] | [ ] | Shape | TYPICAL |
| Water | [X] | [ ] | | Sidewalk | CONCRETE | [X] | [ ] | Drainage | ADEQUATE |
| Sanitary Sewer | [X] | [ ] | | Street Lights | CONDENSCENT | [X] | [ ] | View | NEIGHBORHOOD |
| Storm Sewer | [X] | [ ] | | Alley | NONE/TYPICAL | [ ] | [ ] | | |

Other site elements: [ ] Inside Lot [ ] Corner Lot [ ] Cul de Sac [ ] Underground Utilities [ ] Other (describe)

FEMA Spec'l Flood Hazard Area [ ] Yes [X] No | FEMA Flood Zone X | FEMA Map # 32003C1745E | FEMA Map Date 9/27/2002

Site Comments: THE SUBJECT IS A COMMON WALL CONDOMINIUM AND SHARES COMMON GROUND WITH ADJOINING UNITS. THE SUBJECT APPEARS TO BE IN AVERAGE CONDITION AND MARKET APPEAL. NO NEGATIVE IMPACT IS APPARANT.

**DESCRIPTION OF THE IMPROVEMENTS**

| General Description | | Exterior Description | | Foundation | | Basement [X] None | | Heating | GAS |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 416 [ ] Acc.Unit | Foundation | CONCRETE | Slab | CONCRETE | Area Sq. Ft. | | Type | F/A |
| # of Stories | 1 | Exterior Walls | STCCO/AVG | Crawl Space | NONE | % Finished | | Fuel | GAS |
| Type [ ] Det. [ ] Att. [X] | | Roof Surface | BLTUP/AVG | Basement | NONE | Ceiling | | | |
| Design (Style) | CONDO | Gutters & Dwnspts. | ADEQUATE | Sump Pump | [ ] NONE | Walls | | Cooling | HVAC |
| [X] Existing [ ] Proposed [ ] Und.Cons. | | Window Type | DUAL PANE | Dampness | [ ] NONE | Floor | | Central | X |
| Actual Age (Yrs.) | 12 YEARS | Storm/Screens | ADEQUATE | Settlement | NONE | Outside Entry | | Other | |
| Effective Age (Yrs.) | 5-7 YRS | | | Infestation | NONE | | | | |

| Interior Description | | Appliances | | Attic [ ] None | | Amenities | | Car Storage [X] None |
|---|---|---|---|---|---|---|---|---|
| Floors | LIN/CPT/AVG | Refrigerator | [ ] | Stairs | [ ] | Fireplace(s) # NONE | Woodstove(s) # NONE | Garage # of cars ( Tot.) |
| Walls | SHTROCK/AVG | Range/Oven | [X] | Drop Stair | [ ] | Patio | COVERED | Attach. |
| Trim/Finish | WOOD/AVG | Disposal | [X] | Scuttle | [X] | Deck | | Detach. |
| Bath Floor | LIN/AVG | Dishwasher | [X] | Doorway | [ ] | Porch | | Blt.-In |
| Bath Wainscot | TILE/AVG | Fan/Hood | [ ] | Floor | [ ] | Fence | FENCED | Carport |
| Doors | WOOD/AVG | Microwave | [X] | Heated | [ ] | Pool | COMMON GND | Driveway |
| | | Washer/Dryer | [ ] | Finished | [ ] | | | Surface |

Finished area above grade contains: 3 Rooms 1 Bedrooms 1 Bath(s) 705 Square Feet of Gross Living Area Above Grade

Additional features: STANDARD AMENITIES

Describe the condition of the property (including physical, functional and external obsolescence): TYPICAL PHYSICAL DEPRECIATION EXISTS. NO EXTERNAL, PHYSICAL OR FUNCTIONAL OBSOLESCENCE NOTED AT INSPECTION. NO REPAIRS NOTED.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited. Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE 3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.:

**TRANSFER HISTORY**

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): ASSESSOR/MLS

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: THE SUBJECT HAS NOT SOLD WITHIN THE PAST 36 MONTHS. |
|---|---|
| Date: NO PRIOR | |
| Price: PAST 36 MONTHS | |
| Source(s): ASSESSOR | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

**SALES COMPARISON APPROACH TO VALUE (if developed)** [ ] The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2300 E. SLVRDO RNCH BLVD #1031 LAS VEGAS, NV 89183 | 2300 E. SILVERADO RANCH LAS VEGAS, NV 89183 #2030 | | 2300 E. SILVERADO RANCH LAS VEGAS, NV 89183 #1043 | | 2300 E. SILVERADO RANCH LAS VEGAS, NV 89183 #1120 | |
| Proximity to Subject | | Less than 0.01 miles | | Less than 0.01 miles | | Less than 0.01 miles | |
| Sale Price | $ | | $ 32,500 | | $ 34,000 | | $ 40,000 |
| Sale Price/GLA | $ /sq.ft. | $ 46.10 /sq.ft. | | $ 43.81 /sq.ft. | | $ 56.74 /sq.ft. | |
| Data Source(s) | INSPECTION | ASSESSOR/MLS | | ASSESSOR/MLS | | ASSESSOR/MLS | |
| Verification Source(s) | ASSR/MLS | ASSESSOR # 2009091103540 | | ASSESSOR # 20090813[illegible] | | ASSESSOR # 20090812[illegible]351 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | N/A | CASH NONE NOTED | | CASH NONE NOTED | | CASH NONE NOTED | |
| Date of Sale/Time | | 09/11/2009 | | 08/13/2009 | | 08/12/2009 | |
| Rights Appraised | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Site | 0.01 ACRES | 0.01 ACRES | | 0.01 ACRES | | 0.01 ACRES | |
| View | NEIGHBORHOOD | NEIGHBORHOOD | | NEIGHBORHOOD | | NEIGHBORHOOD | |
| Design (Style) | CONDO | CONDO | | CONDO | | CONDO | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Age | 13 YEARS | 12 YEARS | | 12 YEARS | | 12 YEARS | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade Room Count (Total / Bdrms / Baths) | 3 / 1 / 1 | 3 / 1 / 1 | | 3 / 1 / 1 | | 3 / 1 / 1 | |
| Gross Living Area | 705 sq.ft. | 705 sq.ft. | | 776 sq.ft. | | 705 sq.ft. | |
| Basement & Finished Rooms Below Grade | DOM-N/A MLS# N/A | DOM-4 MLS# 962396 | | DOM-2 MLS# 951621 | | DOM-8 MLS# 852851 | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FAU/CENTRAL | FAU/CENTRAL | | FAU/CENTRAL | | FAU/CENTRAL | |
| Energy Efficient Items | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Garage/Carport | NONE | NONE | | NONE | | NONE | |
| Porch/Patio/Deck | PRC/PAT | PRC/PAT | | PRC/PAT | | PRC/PAT | |
| FENCED YARD | FENCED YARD | FENCED YARD | | FENCED YARD | | FENCED YARD | |
| Fireplace(s) | NONE | NONE | | NONE | | NONE | |
| UPGRADES/AMENITIES | PG 3 OF 8 URAR | SIMILAR | | SIMILAR | | SIMILAR | |
| | | | | | | | |
| Net Adjustment (Total) | | [ ] + [ ] - | $ | [ ] + [ ] - | $ | [ ] + [ ] - | $ |
| Adjusted Sale Price of Comparables | | | $ 32,500 | | $ 34,000 | | $ 40,000 |

Summary of Sales Comparison Approach ALL COMPARABLES SELECTED ARE WITHIN THE SUBJECTS IMMEDIATE NEIGBORHOOD AND/OR MARKET AREA AND REPRESENT THE SUBJECT IN STYLE, AGE, CONDITION AND SIMILAR AMENITIES AND ALL ARE BELIEVED TO ATTRACT THE SAME TYPE OF BUYERS. ALL COMPARABLES SELECTED ARE BELIEVED TO BE THE BEST AVAILABLE AND SUPPORT THE SUBJECT'S CURRENT MARKET VALUE AT THIS TIME. NO TIME ADJUSTMENT WAS WARRANTED AS EVIDENCED BY OCCURRING MARKET CONDITIONS. NO LIST/SALES PRICE WAS MADE FOR SALES IN THIS PRICE RANGE. MARKET ADJUSTMENTS WERE MADE BASED UPON PHYSICAL INSPECTION OF THE SUBJECT AND INFORMATION GIVEN TO THE APPRAISER FROM THE MULTIPLE LISTING SERVICE OF THE COMPARABLES USED IN THIS REPORT. THESE ADJUSTMENTS ARE MARKET ESTIMATION ADJUSTMENTS. DUE TO THE DYNAMICS OF THE SUBJECTS CURRNET MARKET CONDITIONS ALL COMPARABLES USED ARE GIVEN SOME CONSIDERATION IN VALUE ESTIMATION FOR THE SUBJECT WITH COMPARABLE 1 GIVEN THE MOST DUE TO DATE OF SALE. OCCURRING MARKET CONDITIONS ARE GIVEN SOME CONSIDERATION THE SUBJECT'S FINAL VALUE ESTIMATION.

Indicated Value by Sales Comparison Approach $ 32,500

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.:

**COST APPROACH TO VALUE (if developed)** ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW

Source of cost data:

Quality rating from cost service: Effective date of cost data:

Comments on Cost Approach (gross living area calculations, depreciation, etc.):

| | | |
|---|---|---|
| OPINION OF SITE VALUE | | =$ |
| DWELLING | Sq.Ft. @ $ | =$ |
| | Sq.Ft. @ $ | =$ |
| | Sq.Ft. @ $ | =$ |
| | Sq.Ft. @ $ | =$ |
| | Sq.Ft. @ $ | =$ |
| | | =$ |
| Garage/Carport | Sq.Ft. @ $ | =$ |
| Total Estimate of Cost-New | | =$ |
| Less Physical / Functional / External | | |
| Depreciation | | =$( ) |
| Depreciated Cost of Improvements | | =$ |
| "As-is" Value of Site Improvements | | =$ |
| | | =$ |
| | | =$ |

Estimated Remaining Economic Life (if required) Years INDICATED VALUE BY COST APPROACH =$

**INCOME APPROACH TO VALUE (if developed)** ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM):

**PROJECT INFORMATION FOR PUDs (if applicable)** ☒ The Subject is part of a Planned Unit Development.

Legal Name of Project: LATIGO

Describe common elements and recreational facilities: POOL, RECREATION ROOM, GATED, COMMON GROUND.

**RECONCILIATION**

Indicated Value by: Sales Comparison Approach $ 32,500 Cost Approach (if developed) $ Income Approach (if developed) $

Final Reconciliation: MOST WEIGHT IS GIVEN TO THE DIRECT SALES ANALYSIS. THE COST APPROACH AND INCOME APPROACH WERE NOT USED DUE TO LACK OF RELEVANT DATA.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: NO PERSONAL PROPERTY IS INCLUDED IN THE DETERMINATION OF VALUE. THIS APPRAISAL REPORT IS A SUMMARY APPRAISAL REPORT ACCORDING TO USPAP STANDARD RULE 2.2

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 32,500 , as of: 10/13/2009 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

**ATTACHMENTS**

A true and complete copy of this report contains 13 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

- ☒ Scope of Work
- ☒ Map Addenda
- ☐ Hypothetical Conditions
- ☒ Limiting Cond./Certifications
- ☒ Additional Sales
- ☐ Extraordinary Assumptions
- ☐ Narrative Addendum
- ☐ Cost Addendum
- ☐
- ☒ Photograph Addenda
- ☐ Flood Addendum
- ☐
- ☐ Sketch Addendum
- ☐ Manuf. House Addendum
- ☐

Client Contact: Client Name: CARL BASSETT

E-Mail: amalaper2@cox.net Address: 1777 BAJA LANE, HENDERSON, NV 89012

**SIGNATURES**

**APPRAISER**

Appraiser Name: JAMES HANSEN
Company: ALLEGIANT APPRAISAL ASSOCIATES
Phone: 7023282247 Fax: 7022210067
E-Mail:
Date of Report (Signature): 10/14/2009
License or Certification #: CG 00074 State: NV
Designation: CERTIFIED GENERAL
Expiration Date of License or Certification: 02/28/2010
Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None
Date of Inspection: 10/13/2009

**SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)**

Supervisory or Co-Appraiser Name:
Company:
Phone: Fax:
E-Mail:
Date of Report (Signature):
License or Certification #: State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection:

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 2300 E. SLVRDO RNCH BLVD # LAS VEGAS, NV 89183 #1031 | 2300 E. SILVERADO RANCH LAS VEGAS, NV 89183 #2017 | | 2300 E. SILVERADO RANCH LAS VEGAS, NV 89183 #2042 | | | |
| Proximity to Subject | | Less than 0.01 miles | | Less than 0.01 miles | | | |
| Sale Price | $ | | $ 33,900 | | $ 30,000 | | $ |
| Sale Price/GLA | $ /sq.ft. | $ 48.09 /sq.ft. | | $ 38.66 /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | INSPECTION | ASSESSOR/MLS | | ASSESSOR/MLS | | | |
| Verification Source(s) | ASSR/MLS | MULTIPLE LISTING SERVICE | | MULTIPLE LISTING SERVICE | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | N/A | CONTINGENT SALE | | CONTINGENT SALE | | | |
| Date of Sale/Time | | LIST/SALE | | LIST/SALE | | | |
| Rights Appraised | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | | |
| Site | 0.01 ACRES | 0.01 ACRES | | 0.01 ACRES | | | |
| View | NEIGHBORHOOD | NEIGHBORHOOD | | NEIGHBORHOOD | | | |
| Design (Style) | CONDO | CONDO | | CONDO | | | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | | |
| Age | 12 YEARS | 12 YEARS | | 12 YEARS | | | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | | |
| Above Grade Room Count (Total / Bdrms / Baths) | 3 / 1 / 1 | 3 / 1 / 1 | | 3 / 1 / 1 | | | |
| Gross Living Area | 705 sq.ft. | 705 sq.ft. | | 776 sq.ft. | | sq.ft. | |
| Basement & Finished Rooms Below Grade | DOM-N/A MLS# N/A | DOM-105 MLS# 976990 | | DOM-6 MLS# 967609 | | | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | | |
| Heating/Cooling | FAU/CENTRAL | FAU/CENTRAL | | FAU/CENTRAL | | | |
| Energy Efficient Items | AVERAGE | AVERAGE | | AVERAGE | | | |
| Garage/Carport | NONE | NONE | | NONE | | | |
| Porch/Patio/Deck | PRC/PAT | PRC/PAT | | PRC/PAT | | | |
| FENCED YARD | FENCED YARD | FENCED YARD | | FENCED YARD | | | |
| Fireplace(s) | NONE | NONE | | NONE | | | |
| UPGRADES/AMENITIES | PG 3 OF 8 URAR | SIMILAR | | SIMILAR | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☐ - | $ | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | [illegible] | $ 33,900 | [illegible] | $ 30,000 | [illegible] | $ |

Summary of Sales Comparison Approach: ALL COMPARABLES SELECTED ARE WITHIN THE SUBJECTS IMMEDIATE NEIGHBORHOOD AND/OR MARKET AREA AND REPRESENT THE SUBJECT IN STYLE, AGE, CONDITION AND SIMILAR AMENITIES AND ALL ARE BELIEVED TO ATTRACT THE SAME TYPE OF BUYERS. ALL COMPARABLES SELECTED ARE BELIEVED TO BE THE BEST AVAILABLE AND SUPPORT THE SUBJECTS CURRENT MARKET VALUE AT THIS TIME. NO TIME ADJUSTMENT WAS WARRANTED AS EVIDENCED BY OCCURRING MARKET CONDITIONS. NO LIST/SALES PRICE WAS MADE FOR SALES IN THIS PRICE RANGE. MARKET ADJUSTMENTS WERE MADE BASED UPON PHYSICAL INSPECTION OF THE SUBJECT AND INFORMATION GIVEN TO THE APPRAISER FROM THE MULTIPLE LISTING SERVICE OF THE COMPARABLES USED IN THIS REPORT. THESE ADJUSTMENTS ARE MARKET ESTIMATION ADJUSTMENTS, DUE TO THE DYNAMICS OF THE SUBJECTS CURRENT MARKET CONDITIONS ALL COMPARABLES USED ARE GIVEN SOME CONSIDERATION IN VALUE ESTIMATION FOR THE SUBJECT WITH COMPARABLE 1 GIVEN THE MOST DUE TO TOTAL GROSS ADJUSTMENT.

Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

## Subject Photo Page

| Borrower/Client | CARL BASSETT | | | | |
|---|---|---|---|---|---|
| Property Address | 2300 E. SILVERADO RANCH BLVD #1031 | | | | |
| City | LAS VEGAS | County | CLARK | State NV | Zip Code 89183 |
| Lender | CARL BASSETT | | | | |

**Subject Front**

2300 E. SLVRDO RNCH BLVD #1031

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 705 |
| Total Rooms | 3 |
| Total Bedrooms | 1 |
| Total Bathrooms | 1 |
| Location | AVERAGE |
| View | NEIGHBORHOOD |
| Site | 0.01 ACRES |
| Quality | AVERAGE |
| Age | 12 YEARS |

**Subject Rear**

**Subject Street**

## Comparable Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client | CARL BASSETT | | |
| Property Address | 2300 E. SILVERADO RANCH BLVD #1031 | | |
| City | LAS VEGAS | County CLARK | State NV Zip Code 89183 |
| Lender | CARL BASSETT | | |

### Comparable 1

2300 E. SILVERADO RANCH

| | |
|---|---|
| Prox. to Subject | Less than 0.01 miles |
| Sales Price | 32,500 |
| Gross Living Area | 705 |
| Total Rooms | 3 |
| Total Bedrooms | 1 |
| Total Bathrooms | 1 |
| Location | AVERAGE |
| View | NEIGHBORHOOD |
| Site | 0.01 ACRES |
| Quality | AVERAGE |
| Age | 12 YEARS |

### Comparable 2

2300 E. SILVERADO RANCH

| | |
|---|---|
| Prox. to Subject | Less than 0.01 miles |
| Sales Price | 34,000 |
| Gross Living Area | 776 |
| Total Rooms | 3 |
| Total Bedrooms | 1 |
| Total Bathrooms | 1 |
| Location | AVERAGE |
| View | NEIGHBORHOOD |
| Site | 0.01 ACRES |
| Quality | AVERAGE |
| Age | 12 YEARS |

### Comparable 3

2300 E. SILVERADO RANCH

| | |
|---|---|
| Prox. to Subject | Less than 0.01 miles |
| Sales Price | 40,000 |
| Gross Living Area | 705 |
| Total Rooms | 3 |
| Total Bedrooms | 1 |
| Total Bathrooms | 1 |
| Location | AVERAGE |
| View | NEIGHBORHOOD |
| Site | 0.01 ACRES |
| Quality | AVERAGE |
| Age | 12 YEARS |

## Comparable Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | CARL BASSETT | | | | | | |
| Property Address | 2300 E. SILVERADO RANCH BLVD #1031 | | | | | | |
| City | LAS VEGAS | County | CLARK | State | NV | Zip Code | 89183 |
| Lender | CARL BASSETT | | | | | | |

**Comparable 4**

2300 E. SILVERADO RANCH

| | |
|---|---|
| Prox. to Subject | Less than 0.01 miles |
| Sales Price | 33,900 |
| Gross Living Area | 705 |
| Total Rooms | 3 |
| Total Bedrooms | 1 |
| Total Bathrooms | 1 |
| Location | AVERAGE |
| View | NEIGHBORHOOD |
| Site | 0.01 ACRES |
| Quality | AVERAGE |
| Age | 12 YEARS |

**Comparable 5**

2300 E. SILVERADO RANCH

| | |
|---|---|
| Prox. to Subject | Less than 0.01 miles |
| Sales Price | 30,000 |
| Gross Living Area | 776 |
| Total Rooms | 3 |
| Total Bedrooms | 1 |
| Total Bathrooms | 1 |
| Location | AVERAGE |
| View | NEIGHBORHOOD |
| Site | 0.01 ACRES |
| Quality | AVERAGE |
| Age | 12 YEARS |

**Comparable 6**

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

[Page #11]

## Plat Map

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | CARL BASSETT | | | | |
| Property Address | 2300 E. SILVERADO RANCH BLVD #1011 | | | | |
| City | LAS VEGAS | County CLARK | | State NV | Zip Code 89183 |
| Lender | CARL BASSETT | | | | |

Form MAP.PLAT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Location Map

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | CARL BASSETT | | | | | | |
| Property Address | 2300 E SILVERADO RANCH BLVD #1011 | | | | | | |
| City | LAS VEGAS | County | CLARK | State | NV | Zip Code | 89183 |
| Lender | CARL BASSETT | | | | | | |