**Entered on Docket
July 22, 2011**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

James B. Ball (#5212)
James E. Shively (#5497)
Poli & Ball, P.L.C.
601 S. 7th Street, Second Floor
Las Vegas, Nevada  89101
(702) 380-8095
fern@poliball.com
Attorneys for Systems & Services Technologies, Inc.

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | No.  09-28379 mkn |
| Carl Bassett, | Chapter 13 |
| Debtors. | **EX PARTE ORDER TERMINATING THE AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF THE ADEQUATE PROTECTION ORDER** |
| System & Services Technologies, Inc. | |
| Movant, | |
| vs. | |
| Carl Bassett, debtor; and U.S. Trustee, | |
| Respondent. | |

POLI & BALL, P.L.C.
601 S. 7TH STREET, SECOND FLOOR
LAS VEGAS, NEVADA  89101
(702) 380-8095

1  Pursuant to an Order for Adequate Protection entered on June 30, 2010, the above
2  referenced Debtor was obligated to make specified payments to with respect to Systems
3  & Services Technologies, Inc, which they have failed to make.

4  The Debtor failed to comply with the Order for Adequate Protection, thereby
5  necessitating written notice of breach and default filed and served on June 20, 2011.
6  The Debtor failed to cure the default within the required ten (10) day time limit.

7  Based on the failure to cure, contractual agreement, court order and good cause
8  appearing;

9  IT IS ORDERED, that the automatic stay of 11 U.S.C. Section 362(a) as it is
10 applicable to the debtor and the estate is terminated, with respect to the following
11 described personal property:

12     2005 CHEVROLET SUBURBAN
13     VIN # 1GNFK16Z75J199315

14 RESPECTFULLY SUBMITTED this 21st day of July, 2011

15     Poli & Ball, P.L.C.

16

17 By_/s/  James E. Shively_____
       James B. Ball (#5212)
       James E. Shively (#5497)
18     601 S. 7th Street, Second Floor
       Las Vegas, Nevada  89101
19     Attorneys for Systems & Services Technologies, Inc.

20

21     _____/s/  Karma Holmes *_____
f:\apps\hotdocs\templates\nevada\exparte order motion for relief from automatic stay.rtf

22

23

- 2 -

POLI & BALL, P.L.C.
601 S. 7TH STREET, SECOND FLOOR
LAS VEGAS, NEVADA  89101
(702) 380-8095