_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 08, 2012
_____

E FILED 3/7/12
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
tcrowelaw@yahoo.com
Nevada State Bar no. 3048
2830 S. Jones Blvd. #3
Las Vegas, Nevada 89146
(702) 794-0373

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
* * * * * *

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-09-28379-MKN |
| CARL A. BASSETT, DBA EBB | ) | Chapter 11 |
| ENTERPRISES, INC. DBA APEX | ) | |
| APPRAISAL, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | Date: 3/7/12 |
| _____ | ) | Time: 9:30 a.m. |

**ORDER RE: MOTION TO APPROVE SALE OF REAL PROPERTY**
**FREE AND CLEAR OF LIENS**

This matter having come on for hearing on this 7th day of March, 2012, THOMAS E. CROWE, ESQ., attorney for Debtor, having been present, proper notice having been given, no opposition having been presented, and for good cause appearing therefor:

IT IS HEREBY ORDERED THAT the sale of the property, located 4740 Glenn Davis Street, Las Vegas, Nevada, is hereby approved for the sum of $57,000.00.

IT IS FURTHER ORDERED THAT the sale will result in payment of all commissions, fees, escrow and title charges as customary in Clark County, Nevada, per the agreement contained Preliminary Title Report, Purchase Agreement and Settlement Statement.

IT IS FURTHER ORDERED THAT all liens and encumbrances on the property will be paid as listed on the Preliminary Title Report and the Settlement Statement.

IT IS FURTHER ORERED THAT Attorney's fees to THOMAS E. CROWE PROFESSIONAL LAW CORPORATION, in the amount of $1,300.00, shall be paid from funds from the sale of the house.

Submitted by:

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

/s/THOMAS E. CRPWE
THOMAS E. CROWE, ESQ.
2830 S. Jones Blvd. , Suite 3
Las Vegas, NV  89146
Attorney for Debtor

In Accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):
_____ The Court has waived the requirement set forth in LR 9021(b)(1).
x_____ No party appeared at the hearing or filed an objection to the motion.
_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:
_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/THOMAS E. CROWE
THOMAS E. CROWE, ESQ.