_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**February 28, 2013**

___

Jonas V. Anderson, Attorney
State Bar # VA 78240
*jonas.v.anderson@usdoj.gov*
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Tel.: (702) 388-6600, Ext. 227
Fax:  (702) 388-6658

Attorney for the Acting United States Trustee
    AUGUST B. LANDIS

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**CARL A. BASSETT**<br><br><br>                    Debtor. | Case No: BK-S-09-28379-MKN<br><br>Chapter 11<br><br>Date: February 20, 2013<br>Time: 9:30 a.m.<br>Place: Foley Courtroom 2 (Third Floor) |

### ORDER DISMISSING CASE

Based on the *Motion of the Acting United States Trustee, Pursuant to 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Convert Chapter 11 Case to Chapter 7, or in the Alternative to Dismiss the Case,* the hearing held on February 20, 2013 (appearances noted on the record), the Court having stated on the record its findings of fact and conclusions of law, which are incorporated herein pursuant to Federal Rules of Bankruptcy

Procedure 9014(c) and 7052, and Federal Rule of Civil Procedure 52, with good cause having been shown,

**IT IS HEREBY ORDERED** that this case is **DISMISSED.**

Submitted by:

**AUGUST B. LANDIS**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: /s/ Jonas V. Anderson
    Jonas V. Anderson, Esq.
    United States Department of Justice
    Attorney for the Acting United States Trustee

## RULE 9021 DECLARATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

☐ The court has waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

APPROVE/DISAPPROVE

*/s/ M E Crowe*

THOMAS E. CROWE, ESQ.
2830 S. JONES BLVD. # 3
LAS VEGAS, NV 89146

*Attorney for Debtor*

☐ I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

**AUGUST B. LANDIS**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: */s/ Jonas V. Anderson*
Jonas V. Anderson, Esq.
United States Department of Justice
Attorney for the Acting United States Trustee